## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>v.<br><br>Michael McWhorter (2),<br>Joe Morris (3),<br><br>          Defendants. | Criminal No. 18-cr-150 (DWF/HB)<br><br>**ORDER STRIKING CRIMINAL MOTION HEARING** |

Pursuant to the orders (ECF No. 38, 39), setting a change of plea hearing for these defendants for January 24, 2019,

**IT IS HEREBY ORDERED** that the hearing scheduled for **February 28, 2019 at 1:30 p.m.** has been **STRICKEN** from this Court's calendar.

Dated:  January 17, 2019        s/ *Hildy Bowbeer*
                                                  HILDY BOWBEER
                                                  United States Magistrate Judge