# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: CR 18-150(3) DWF/HB and CR 18-291 DWF |
| Joe Morris, Defendant. | Date: January 24, 2019 |
| | Court Reporter: Lynne Krenz |
| | Courthouse: St. Paul |
| | Courtroom: 7C |
| | Time Commenced: 11:11 AM |
| | Time Concluded: 12:12 PM |
| | Sealed Hearing Time: |
| | Time in Court: 1 Hour & 1 Minute |

Before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:
 For Plaintiff: John Docherty and Julie Allyn, Assistant United States Attorney.
 For Defendant: Robert Richman, ☒ CJA.

PROCEEDINGS:
 ☒ **Change of Plea Hearing.**

 ☒ PLEA:
  ☒ Guilty as to Count(s): 2 & 4 of the Indictment for CR 18-150(2) DWF/HB.
  ☒ Guilty as to Count(s): 1, 2 & 3 of the Superseding Indictment for CR 18-291 DWF.
 ☒ Presentence Investigation and Report requested.
 ☒ Defendant remanded to the custody of the U.S. Marshal.

s/L. Sampson<br>
Courtroom Deputy